Revised 05/08

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan
### Southern Division

In re:

Case No. 11-_____

__Biofuel Industries Group, LLC__          Debtor(s).          /

## BANKRUPTCY PETITION COVER SHEET

(The debtor must complete and file this form with the petition in every bankruptcy case. Instead of filling in the boxes on the petition requiring information on prior and pending cases, the debtor may refer to this form.)

### Part 1

"Companion cases," as defined in L.B.R. 1073-1(b), are cases involving any of the following: (1) The same debtor; (2) A corporation and any majority shareholder thereof; (3) Affiliated corporations; (4) A partnership and any of its general partners; (5) An individual and his or her general partner; (6) An individual and his or her spouse; or (7) Individuals or entities with any substantial identity of financial interest or assets.

Has a "companion case" to this case ever been filed at any time in this district or any other district? Yes ___ No **X**
**(If yes, complete Part 2.)**

### Part 2

**For each companion case, state in chronological order of cases: (Attach supplemental sheets if necessary.)**

|  | First Case | Second Case | Third Case |
|---|---|---|---|
| Name on petition | | | |
| Relationship to this case | | | |
| Case Number | | | |
| Chapter | | | |
| Date filed | | | |
| District | | | |
| Division | | | |
| Judge | | | |
| Status/Disposition | | | |

**(Pending, confirmed & still open, confirmed & closed, dismissed before/after confirmation, discharged, etc.)**

**If the present case is a Chapter 13 case, state for each companion case:**

| Attorney | | | |
|---|---|---|---|
| Legal fee | $_____ | $_____ | $_____ |
| Proposed legal fee in this case | $_____ | | |

Changes in circumstances which lead the debtor to reasonably believe that the current plan will be successful.

_____

### Part 3 - In a Chapter 13 Case Only

The Debtor(s) certify, re: 11 U.S.C.§1328(f) **[indicate which]:**

    [ ] Debtor(s) received a discharge issued in a case filed under Chapter 7, 11, or 12 during the 4-years before filing this case.
    [ ] Debtor(s) did **not** receive a discharge issued in a case filed under Chapter 7, 11, or 12 during the 4-years before filing this case.
    [ ] Debtor(s) received a discharge in a Chapter 13 case filed during the 2-years before filing this case.
    [ ] Debtor(s) did **not** receive a discharge in a Chapter 13 case filed during the 2-years before filing this case.

I declare under penalty of perjury that I have read this form and that it is true and correct to the best of my information and belief.

/s/ Terry J. Nosan                                      /s/ Christopher A. Grosman
Debtor, Biofuel Industries Group, LLC          Debtor's Attorney
Terry J. Nosan                                           Carson Fischer, P.L.C.
Its: Authorized Manager                             Robert A. Weisberg (P26698)
                                                                   Christopher A. Grosman (P58693)
Date: May **23**, 2011                              4111 Andover Road, West-2nd Floor
                                                                   Bloomfield Hills, Michigan 48302

B1 (Official Form 1) (01/08)

| United States Bankruptcy Court<br>DISTRICT OF | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Biofuel Industries Group, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>*See Attachment* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No/Complete EIN<br>(if more than one, state all): 20-3318292 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>30600 Northwestern Hwy., Suite 400<br>Farmington Hills, MI     ZIPCODE 48334 | Street Address of Debtor (No. and Street, City, and State):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Lenawee | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address:<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>1571 W. Beecher Rd., Adrian, MI     ZIPCODE 49221 | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 USC §101(8) as "incurred by an individual primarily for a personal, family, or household purpose.
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay the fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. §1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,00 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Debts

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Biofuel Industries Group, LLC** | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>□    Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X   /S/ _____<br>     Signature of Attorney for Debtor(s)         (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

□    Yes, and Exhibit C is attached and made a part of this petition.

☒    No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

□      Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

□      Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
**(Check any applicable box.)**

☒    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

□    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

□    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes.)**

□    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                         _____
                         (Name of landlord that obtained judgment)

                         _____
                         (Address of landlord)

□    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

□    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

□    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
    Telephone Number (if not represented by attorney)

_____
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐    I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐    Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
    (Printed Name of Foreign Representative)

_____
    Date

### Signature of Attorney*

X /s/ Christopher A. Grosman
    Signature of Attorney for Debtor(s)

**Christopher A. Grosman (P58693)**
    Printed Name of Attorney for Debtor(s)

**Carson Fischer, P.L.C.**
**4111 Andover Rd., West – Second Floor**
**Bloomfield Hills, Michigan  48302**
**(248) 644-4840**

**May 23 , 2011**
    Date

\* In a case in which 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
    Printed Name and title, if any of Bankruptcy Petition Preparer

_____
    Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 §U.S.C. 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

/s/ Terry J. Nosan
    Signature of Authorized Individual

Terry J. Nosan
    Printed Name of Authorized Individual

Authorized Manager
    Title of Authorized Individual

5/23/ 11
    Date

_____
    Address

X _____

_____
    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Biofuel Industries Group, LLC**

All Other Names used by the Debtor in the last 8 years
(include married, maiden, and trade names):

> NEXTHEAT
> NEXTDIESEL BIODIESEL
> NEXTDIESEL
> ADRIAN BIOFUELS
> MICHIGAN BIOFUEL INDUSTRIES GROUP
> INTERNATIONAL BIOFUEL INDUSTRIES GROUP
> NATIONAL BIOFUEL INDUSTRIES GROUP
> BIOFUEL INDUSTRIES GROUP OF MICHIGAN
> NATIONAL BIODIESEL INDUSTRIES GROUP
> BIODIESEL INDUSTRIES GROUP OF MICHIGAN
> MICHIGAN BIODIESEL INDUSTRIES GROUP
> INTERNATIONAL BIODIESEL INDUSTRIES GROUP

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

**Biofuel Industries Group, LLC**

In re:_____     Case No.____11-_____

_____Debtor

Chapter_____11_____

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who came within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Amount of claim [if secured, also state value of security] |
|---|---|---|---|
| Citizens Bank<br>28001 Cabot Drive<br>Suite 240<br>Novi, MI 48377 | Citizens Bank<br>28001 Cabot Drive<br>Suite 240<br>Novi, MI 48377 | Bank Loans | $9,821,206.50 (secured)<br><br>Value of Collateral: Unknown |
| Webb Chemical<br>2708 Jarman St.<br>Muskegon Heights, MI 49444 | 2708 Jarman St.<br>Muskegon Heights, MI 49444<br>SUE @ 231-733-2181 | Trade Debt | $234,716.61 |
| Dynalectric<br>1743 Maplelawn<br>Troy, MI 48084 | 1743 Maplelawn<br>Troy, MI 48084<br>248-649-5400 | Improvements to Property | $220,433.20 |
| Young's Environmental Cleanup<br>G-5305 North Dort Highway<br>Flint, MI 48505 | G-5305 North Dort Highway<br>Flint, MI 48505<br>TRUDI @ 810-789-7155 | Trade Debt | $185,218.18 |
| City of Adrian<br>100 E. Church St.<br>Adrian, MI 49221 | 100 E. Church St.<br>Adrian, MI 49221<br>517-264-4832 | Agreement for Road Improvements | $148,216.90 |

1

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Amount of claim [if secured, also state value of security] |
|---|---|---|---|
| Trinity Leasing<br>P.O. Box 7777<br>Philadelphia, PA 19175 | P.O. Box 7777<br>Philadelphia, PA 19175<br>800-227-8844 | Trade Debt | $143,326.42 |
| Interstate Chemical Company<br>P.O. Box 931412<br>Cleveland, OH 44193 | P.O. Box 931412<br>Cleveland, OH 44193<br>724-981-3771 | Trade Debt | $114,705.50 |
| Citizens Gas Company<br>127 N. Main<br>P.O. Box 40<br>Adrian, MI 49221 | 127 N. Main<br>P.O. Box 40<br>Adrian, MI 49221<br>BECKY @ 517-265-2144 | Utilities | $98,090.94 |
| Detroit Boiler Company<br>2931 Beaufait<br>Detroit, MI 48207 | 2931 Beaufait<br>Detroit, MI 48207<br>313-921-7060 | Trade Debt | $82,960.00 |
| Macomb Group Jackson Division<br>34400 Mound Rd.<br>Sterling Heights, MI 48310 | 34400 Mound Rd.<br>Sterling Heights, MI 48310<br>586-268-0720 | Trade Debt | $59,751.56 |
| Bogie's Express Inc.<br>1505 Wind Dancer Trail<br>Tecumseh, MI 49286 | 1505 Wind Dancer Trail<br>Tecumseh, MI 49286<br>901-520-9653 | Trade Debt | $55,733.43 |
| Kuhnle Bros. Inc.<br>P.O. Box 375<br>Newbury, OH 44065 | P.O. Box 375<br>Newbury, OH 44065<br>800-873-8757 | Trade Debt | $35,312.60 |
| Ann Arbor Financial Holdings<br>3588 Plymouth Rd, Suite 288<br>Ann Arbor, MI 48105 | 3588 Plymouth Rd, Suite 288<br>Ann Arbor, MI 48105 | Equipment Lease Default – Liquidated Damages | $35,000.00 |
| Autumn Transport, Inc.<br>6550 Courtly Rd.<br>Woodbury, MN 55125 | 6550 Courtly Rd.<br>Woodbury, MN 55125<br>800-328-1405 | Trade Debt | $33,774.30 |
| Adrian Mechanical Services Co.<br>953 W. Beecher St.<br>Adrian, MI 49221 | 953 W. Beecher St.<br>Adrian, MI 49221<br>517-263-5025 | Improvements to Property | $31,036.92 |

2

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Amount of claim [if secured, also state value of security] |
|---|---|---|---|
| Baker, Tilly, Virchow, Krause f/k/a Virchow Krause & Company One Towne Sq., Suite 600 Southfield, MI 48076 | One Towne Sq., Suite 600 Southfield, MI 48076 248-372-7300 | Professional Fees | $25,810.00 |
| JH Business Consultants 6632 Telegraph Rd. Bloomfield Hills, MI 48301 | 6632 Telegraph Rd. Bloomfield Hills, MI 48301 248-737-9139 | Consultant Fees | $25,000.00 |
| Americhem Sales Corp. 340 North Street Mason, MI 48854 | 340 North Street Mason, MI 48854 517-676-9363 | Trade Debt | $24,421.88 |
| Brenntag Great Lakes, LLC 5220 Eagle Way Chicago, IL 60678 | 5220 Eagle Way Chicago, IL 60678 800-331-6824 | Trade Debt | $21,667.48 |
| DuPont Chemical Solutions P.O. Box 80023 Wilmington, DE 19880 | P.O. Box 80023 Wilmington, DE 19880 JACQUI WEBB @ 800-441-9593 | Trade Debt | $21,178.20 |

3

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Terry J. Nosan, the Manager of the company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Claims and that it is true and correct to the best of my information and belief.

Date: May 23, 2011

BIOFUEL INDUSTRIES GROUP, INC.

By: /s/ Terry J. Nosan

Name: Terry J. Nosan

Its: Authorized Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

----------------------------------------------------------------x

In re:                                          )
                                                )    Chapter 11
**BIOFUEL INDUSTRIES GROUP, LLC,**              )    Case No. 11-_____
                                                )    Hon. _____
                    Debtor.                     )
----------------------------------------------------------------x

## STATEMENT OF BIOFUEL INDUSTRIES GROUP, LLC
## REGARDING CORPORATE OWNERSHIP

[ X ]    **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

_DIRECT_
Name:        Nextfuels, LLC

Address:     30600 Northwestern Hwy., Suite 400
             Farmington Hills, MI 48334


_INDIRECT_
Name:        Longitude Energy Services, LLC

Address:     c/o Terry Nosan
             30600 Northwestern Hwy., Suite 400
             Farmington Hills, MI 48334

Name:        Latitude Energy Services, LLC

Address:     c/o Bradley J. Schram
             1760 S. Telegraph, Suite 300
             Bloomfield Hills, MI 48302

Name:        Family Bio, LLC

Address:     c/o Michael Horowitz
             30600 Northwestern Hwy., Suite 430
             Farmington Hills, MI 48334


[  ]    **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

May 23, 2011

BIOFUEL INDUSTRIES GROUP, LLC

/s/ Terry J. Nosan

Signature of Authorized Individual
For Company


Terry J. Nosan
Print Name


Authorized Manager
Title

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

```
----------------------------------------------------------------x
In re:                                  )
                                        )   Chapter 11
BIOFUEL INDUSTRIES GROUP, LLC,          )   Case No. 11-_____
                                        )   Hon. _____
            Debtor.                     )
----------------------------------------------------------------x
```

## VERIFICATION OF CREDITOR MATRIX

I, hereby declare, under penalty of perjury, that the attached list of creditors is true and correct to the best of my knowledge.

**BIOFUEL INDUSTRIES GROUP, LLC**

Date: May 23, 2011

By: /s/ Terry J. Nosan
Terry J. Nosan
Its: Authorized Manager

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

```
------------------------------------------------------------ x
In re:                                        )
                                              )
BIOFUEL INDUSTRIES GROUP, LLC,                )        Case No. 11-_____
                                              )
        Debtor                                )        Chapter 11
------------------------------------------------------------ x
```

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security / Membership Interest | Number of Shares / Percent Ownership | Class of Shares, Kind of Interest |
|---|---|---|---|
| 1 | NextFuels, LLC<br>30600 Northwestern Hwy., Suite 400<br>Farmington Hills, MI 48334 | 50.0000% | Class B voting Member |
| 2 | 4607 Partners, LLC<br>17800 Laurel Park Drive North, Suite 200C<br>Livonia, MI 48152 | 1.6667% | Class A Non-voting Members |
| 3 | Laura K. Adler Trust dated 1-19-94<br>4583 Forestview Drive<br>West Bloomfield, MI 48322 | 0.5556% | Class A Non-voting Members |
| 4 | Amster Family Trust<br>16029 Skytop Road<br>Encino, CA 91436 | 0.2222% | Class A Non-voting Members |
| 5 | ATMF Renewable Energy LLC<br>6735 Telegraph Road, Suite 110<br>Bloomfield Hills, MI 48301 | 5.5556% | Class A Non-voting Members |
| 6 | James Bellinson<br>4710 Ardmore<br>Bloomfield Hills, MI 48302 | 0.5556% | Class A Non-voting Members |
| 7 | Mark Bernstein/Rachel A. Bendit<br>2002 Scottwood Avenue<br>Ann Arbor, MI 48104 | 0.5556% | Class A Non-voting Members |
| 8 | Richard Bernstein<br>31731 Northwestern Highway, Suite 333<br>Farmington Hills, MI 48334 | 0.2778% | Class A Non-voting Members |
| 9 | Samuel Bernstein<br>31731 Northwestern Highway, Suite 333<br>Farmington Hills, MI 48334 | 0.8334% | Class A Non-voting Members |
| 10 | Brewster & Hastings, LLC<br>401 S. Old Woodward Suite 333<br>Birmingham, MI 48009 | 2.5000% | Class A Non-voting Members |

| Number | Registered Name of Holder of Security / Membership Interest | Number of Shares / Percent Ownership | Class of Shares, Kind of Interest |
|---|---|---|---|
| 11 | Glenn Cantor Trust UAD 8-25-95<br>26225 Pembroke<br>Huntington Woods, MI 48070 | 1.2500% | Class A Non-voting Members |
| 12 | Coburn Holdings II, LLC<br>631 Rudgate Rd.<br>Bloomfield Hills, MI 48304 | 2.7778% | Class A Non-voting Members |
| 13 | H. Adam Cohen Irrevocable Tr UAD 4/15/07<br>26550 Hendrie Blvd.<br>Huntington woods, MI 48070 | 0.1389% | Class A Non-voting Members |
| 14 | Cisco and Pancho, LLC<br>1252 Cottingham Row<br>Bloomfield Hills, MI 48302 | 0.6389% | Class A Non-voting Members |
| 15 | Darcy Licht Eisenberg Trust UAD 1/24/01<br>4416 Dorian<br>Bloomfield Hills, MI 48301 | 0.2778% | Class A Non-voting Members |
| 16 | Four O. Group, LLC<br>40900 Woodward Avenue, Suite 130<br>Bloomfield Hills, MI 48304 | 0.5556% | Class A Non-voting Members |
| 17 | Lori B. Garon<br>25650 Meadowdale<br>Franklin, MI 48025 | 0.1389% | Class A Non-voting Members |
| 18 | Bruce Gershenson<br>31500 Northwestern Highway, Suite 100<br>Farmington Hills, MI 48334 | 0.2778% | Class A Non-voting Members |
| 19 | Linda Gershenson<br>1254 Cottingham Row<br>Bloomfield Hills, MI 48302 | 0.1389% | Class A Non-voting Members |
| 20 | Susan L. Gun Trust UAD 6/26/00<br>3000 Shadydale Lane<br>West Bloomfield, MI 48323 | 0.1389% | Class A Non-voting Members |
| 21 | Paul E. Hodges III<br>5939 Trillium Court<br>Orchard Lake, MI 48323 | 0.5556% | Class A Non-voting Members |
| 22 | Horowitz Investments, LLC<br>30600 Northwestern Hwy., Suite 430<br>Farmington Hills, MI 48334 | 3.3334% | Class A Non-voting Members |
| 23 | JPP Holdings, LLC<br>380 N. Old Woodward Suite 120<br>Birmingham, MI 48009 | 0.1389% | Class A Non-voting Members |
| 24 | David Kahan Rev. Trust dated 8/7/81<br>560 Kirts Blvd., Suite 100<br>Troy, MI 48084 | 0.5556% | Class A Non-voting Members |
| 25 | Norman D. Katz Trust UAD 4/18/85<br>401 S. Old Woodward, Suite 333<br>Birmingham, MI 48009-6612 | 0.2222% | Class A Non-voting Members |
| 26 | Richard A. & Andrea Katz<br>11421 Frances Green Drive<br>N. Potomac, MD 20878 | 0.2222% | Class A Non-voting Members |
|  | Stephen Katz & Audrey Fine |  |  |

| Number | Registered Name of Holder of Security / Membership Interest | Number of Shares / Percent Ownership | Class of Shares, Kind of Interest |
|---|---|---|---|
| 27 | 2119 Second Avenue, West<br>Seattle, WA 98119 | 0.2222% | Class A Non-voting Members |
| 28 | Jane O. Kluckowski<br>495 E. Alexander Pam Road<br>Boca Raton, FL 33432 | 0.5556% | Class A Non-voting Members |
| 29 | Kukes Second Tier Ltd. Pt.<br>200 E. Palmetto Park Rd., Apt. 817<br>Baca Raton, FL 33432-5630 | 0.5556% | Class A Non-voting Members |
| 30 | LauRyan Investment, LLC<br>27750 Stansbury, Suite 200<br>Farmington Hills, MI 48334 | 1.3889% | Class A Non-voting Members |
| 31 | Lawrence S. Lax<br>40900 Woodward Avenue, Suite 130<br>Bloomfield Hills, MI 48304 | 0.2778% | Class A Non-voting Members |
| 32 | Richard & Judee Lewis<br>2697 Cove Lane<br>West Bloomfield, MI 48323 | 0.5556% | Class A Non-voting Members |
| 33 | Lyle Properties, LLC<br>401 S. Old Woodward Ave., Suite 300<br>Birmingham, MI 48009-6612 | 0.5556% | Class A Non-voting Members |
| 34 | Micjay, LLC<br>27750 Stansbury, Suite 200<br>Farmington Hills, MI 48334 | 1.3889% | Class A Non-voting Members |
| 35 | Beth Bernstein & Jason Miller<br>655 N. Glenhurst Drive<br>Birmingham, MI 48009 | 0.2778% | Class A Non-voting Members |
| 36 | Nosan Family, LLC<br>30600 Northwestern Hwy., Suite 400<br>Farmington Hills, MI 48334 | 0.8334% | Class A Non-voting Members |
| 37 | Terry J. Nosan Trust UAD 1/15/93<br>30600 Northwestern Hwy., Suite 400<br>Farmington Hills, MI 48334 | 2.5000% | Class A Non-voting Members |
| 38 | Obron Family I, LLC<br>7464 Duval Drive<br>Bloomfield Hills, MI 48301 | 0.5556% | Class A Non-voting Members |
| 39 | David K. Page<br>2290 First National Building<br>600 Woodward Avenue<br>Detroit, MI 48226 | 0.2778% | Class A Non-voting Members |
| 40 | Sarah L. Page Irrevocable Trust UAD 7/13/03<br>2290 First National Building<br>600 Woodward Avenue<br>Detroit, MI 48226 | 0.2778% | Class A Non-voting Members |
| 41 | Rosen Family Investment Co., LLC<br>3729 Durham Court<br>Bloomfield Hills, MI 48302 | 0.5556% | Class A Non-voting Members |
| 42 | Schostak Family Investments<br>17800 Laurel Park Drive North, Suite 200C<br>Livonia, MI 48152 | 1.1111% | Class A Non-voting Members |

| Number | Registered Name of Holder of Security / Membership Interest | Number of Shares / Percent Ownership | Class of Shares, Kind of Interest |
|---|---|---|---|
| 43 | The Schram Family 2007 Biofuel, LLC<br>2600 Cove Lane<br>West Bloomfield, MI 48323 | 1.6667% | Class A Non-voting Members |
| 44 | The Judith R. Schram Rev. Living Trust UAD 6/1/95<br>2600 Cove Lane<br>West Bloomfield, MI 48323 | 1.6667% | Class A Non-voting Members |
| 45 | Sam Shamie Trust<br>26111 W. 14 Mile Road, Suite LL-4<br>Franklin, MI 48025 | 1.3889% | Class A Non-voting Members |
| 46 | Eugene Sherizen<br>10651 Northend Avenue<br>Ferndale, MI 48220 | 0.1389% | Class A Non-voting Members |
| 47 | Henry Shevitz Trust UAD 5/3/77<br>2295 Cameo Lake Ct.<br>Bloomfield Hills, MI 48302 | 1.1111% | Class A Non-voting Members |
| 48 | Jan A. Silverman Trust UAD 2/20/04<br>12108 Inavale Place<br>Los Angeles, CA 90049 | 0.5556% | Class A Non-voting Members |
| 49 | David J. Sparrow Family Trust<br>401 S. Old Woodward, Suite 333<br>Birmingham, MI 48009 | 0.5556% | Class A Non-voting Members |
| 50 | Jeffery L. Tamaroff Rev. Trust dated 6/9/84<br>7029 Falcon Ct.<br>West Bloomfield, MI 48322 | 0.5556% | Class A Non-voting Members |
| 51 | Harry Topper Rev. trust UAD 11/16/90<br>29538 Kings Pointe Ct.<br>Farmington Hills, MI 48331 | 0.5556% | Class A Non-voting Members |
| 52 | Grant R. Trigger<br>40900 Woodward, Suite 130<br>Bloomfield Hills, MI 48304 | 0.2778% | Class A Non-voting Members |
| 53 | David R.Victor Rev. Trust UAD 3/29/00<br>401 S. Old Woodward Suite 333<br>Birmingham, MI 48009 | 0.5556% | Class A Non-voting Members |

| Number | Registered Name of Holder of Security / Membership Interest | Number of Shares / Percent Ownership | Class of Shares, Kind of Interest |
|---|---|---|---|
| 54 | Steven I. Victor Rev. Trust UAD 6/26/84<br>401 S. Old Woodward Suite 333<br>Birmingham, MI 48009 | 2.7778% | Class A Non-voting Members |
| 55 | Stephen A.& Elizabeth L. Wood<br>29820 Deer Run<br>Farmington Hills, MI 48331 | 1.1111% | Class A Non-voting Members |
| 56 | Ronald G. & Suzanne R. Zack<br>119 Linda Knoll<br>Bloomfield Hills, MI 48304 | 1.1111% | Class A Non-voting Members |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Terry J. Nosan, the Authorized Manager of the corporation/company named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information, and belief.

Date: May **23**, 2011

Signature: BIOFUEL INDUSTRIES GROUP, LLC
/s/ Terry J. Nosan
Name: Terry J. Nosan
Title: Authorized Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------------x
In re:                                    )
                                          )   Chapter 11
BIOFUEL INDUSTRIES GROUP, LLC,            )   Case No. 11-_____
                                          )   Hon. _____
                Debtor.                   )
-------------------------------------------------------------x
```

## STATEMENT OF ATTORNEYS FOR DEBTOR(S)
## PURSUANT TO FED.R.BANKR. P. 2016(b)

The undersigned, pursuant to F.R.Bank.P. 2016(b), states that:

1.      The undersigned is the attorney for the Debtor(s) in this case.

2.      The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is:

[ ] FLAT FEE

A.      For legal services rendered in contemplation of and in
        connection with this case exclusive of the filing fee paid......... _____
B.      Prior to filing this statement, received................................. _____
C.      The unpaid balance due and payable is............................... _____

[X] RETAINER

A.      Amount of retainer received...............................................$0.00[1]

---

[1] As of May 15, 2011, Carson Fischer has outstanding invoices for services rendered to the Debtor totaling approximately $16,000. Such amounts will be paid to Carson Fischer by one or more of Terry J. Nosan, Bradley J. Schram, and/or Michael P. Horowitz, or entities owned directly or indirectly by them (the "Insider Funders"). In addition, Carson Fischer anticipates receiving additional payments from the Insider Funders for services to be rendered to the Debtor in connection with the preparation, filing or prosecution of this Chapter 11 Case. Messrs. Nosan, Schram and Horowitz indirectly own interests in the Debtor, including indirect ownership and control of the sole voting member of the Debtor. Any amounts funded by the Insider Funders that are not used to fund Debtor's professionals in connection with the Chapter 11 Case will remain property of the Insider Funders and will be returned to the Insider Funders.

B.      The undersigned shall bill against the retainer at an hourly rate of **$*See Exhibit 1 attached hereto**. Debtors have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3.      $0.00 of the filing fee has been paid by the Debtor.

4.      In return for the above-disclosed fee, I have agreed to render legal service with respect to the bankruptcy case, including:

     A.      Analysis of the debtor's financial situation, and rendering advice to the debtors in determining whether to file a petition in bankruptcy;

     B.      Preparation and filing of any petition schedules, statement of affairs and plan which may be required;

     C.      Representations of the debtor at the meeting of creditors and confirmation haring, and any adjourned hearings thereof (if appropriate);

     D.      Representation of the debtor in adversary proceedings and other contested Bankruptcy matters (if appropriate); and

     E.      Other:_____

By agreement with the Debtor, the above-disclosed fee does not include the following services: **N/A**

The source of payments to the undersigned was from:

     A.      ___ Debtor(s)' earnings, wages, compensation for services performed

     B.      **X** Other (describe, including the identity of payor) *See Footnote 1 Above*

The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, and compensation paid or to be paid except as follows: **N/A**

Dated: May **23**, 2011

/s/ Christopher A. Grosman
Robert A. Weisberg (P26698)
Christopher A. Grosman (P58693)
**CARSON FISCHER, P.L.C.**
4111 Andover Road
West – Second Floor
Bloomfield Hills, Michigan 48302
Telephone: (248) 644-4840
Facsimile: (248) 644-1832
E-mail: RWeisberg@CarsonFischer.com
CGrosman@CarsonFischer.com


Agreed: May **23**, 2010

/s/ Terry J. Nosan
Debtor: BIOFUEL INDUSTRIES GROUP, LLC
By: Terry J. Nosan
Its: Authorized Manager

**EXHIBIT 1**
**SCHEDULE OF HOURLY RATES**

| <u>Title</u> | <u>Hourly Rate</u> |
|---|---|
| Partners: | $350.00 - $595.00 |
| Associates: | $175.00 - $345.00 |
| Law Clerks: | $110.00 |
| Legal Assistants: | $125.00 |

*All rates are subject to change. Rate changes, if any, may be due to a combination of inflation and the increased experience levels of the individual professionals.

## UNANIMOUS WRITTEN CONSENT OF THE SOLE CLASS B MEMBER(S) OF
## BIOFUEL INDUSTRIES GROUP, LLC

The undersigned, being the sole Class B Voting Member (the "Member") of BIOFUEL INDUSTRIES GROUP, LLC, a Michigan limited liability company (the "Company"), hereby waives all notice of time, place or purpose of a meeting and consents to, approves and adopts the following resolutions:

WHEREAS, the Member has considered the financial and operational aspects of the Company's business;

WHEREAS, the Member has reviewed the historical performance of the Company, the market for the Company's products and services, and the current and long-term liabilities of the Company;

WHEREAS, the Company is faced with a short-term cash crisis and there being no immediate prospect for the Company to obtain additional funding in a timely fashion, and without immediate funding significant and possibly irreparable damage will result to the value of the Company and its assets;

NOW, THEREFORE, BE IT RESOLVED THAT, in the judgment of the Member, it is desirable and in the best interests of the Company, its creditors, members and other interested parties, that a voluntary petition be filed by the Company under the provisions of Chapter 11, Title 11 of United States Code in the Eastern District of Michigan;

BE IT FURTHER RESOLVED: That Terry J. Nosan (the "Authorized Manager") be, and he hereby is, authorized and directed to employ (and does hereby ratify the employment of) the law firm of Carson Fischer, P.L.C. as general bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including filings and pleadings, and in connection therewith, the Authorized Manager of the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Carson Fischer, P.L.C.;

BE IT FURTHER RESOLVED: That the Authorized Manager be, and he hereby is, authorized and directed to negotiate, execute and deliver a debtor-in-possession loan facility and/or cash collateral arrangement (including, in connection therewith, such notes, security agreements and other agreements or instruments as such Authorized Manager executing the same may consider necessary, proper or desirable), including, but not limited to, the granting of superpriority administrative claims and priming

liens, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company;

BE IT FURTHER RESOLVED: That Authorized Manager be, and he hereby is, authorized and empowered for, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and/or file any and all such instruments, documents or pleadings as each, in his discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions including, but not limited to, the filing of appropriate "First Day Motions" in connection with the commencement of the chapter 11 bankruptcy case;

BE IT FURTHER RESOLVED: That the Authorized Manager be, and he hereby is, authorized and directed to negotiate, execute and deliver an asset purchase agreement, for the sale of substantially all of the assets of the Company, and any and all related or necessary documents, and to seek bankruptcy court approval of, and consummate the transactions contemplated by such agreements or instruments on behalf of the Company;

BE IT FURTHER RESOLVED: That all of the acts and transactions, relating to matters contemplated by the foregoing resolutions, of any officer, management, and/or manager of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified;

IN WITNESS WHEREOF, the undersigned has executed this unanimous written consent as of the ___ day of April, 2011. The parties executing this resolution represent and warrant that they have all full corporate power and authority, and have obtained all necessary consents and/or approvals, to execute this resolution.

**NEXTFUELS, LLC,**
**a Michigan limited liability company,**

By: LONGITUDE ENERGY SERVICES, LLC
Its: Member

By: _____
    Terry J. Nosan
Its: Sole Member

By: LATITUDE ENERGY SERVICES, LLC
Its: Member

By: _____
    Bradley J. Schram
Its: Sole Member

By: FAMILY BIO, LLC
Its: Member

By: _____
    Michael Horowitz
Its: Sole Member

BEING ALL THE MEMBERS OF NEXTFUELS, LLC